AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.  16-CV-00385-RGA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  RICARDO A. SAGERA C/O VICEROY CHEMICAL, INC.

was received by me on *(date)*  8/31/16

□  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ , or

□  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

■  I served the summons on *(name of individual)*  LYNANNE GARES (authorized person at registered agent) , who is

designated by law to accept service of process on behalf of *(name of organization)* RICARDO A. SAGERA C/O VICEROY CHEMICAL, INC.

C/O CORPORATION SERVICE CO. 2711 CENTERVILLE RD. WILMINGTON, DE 19808 (AS REGISTERED AGENT)      on *(date)* 8/31/16      AT 12:50 PM

□  I returned the summons unexecuted because _____ , or

□  Other *(specify):*

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  August 31, 2016

_____
*Server's signature*

KEVIN S. DUNN      PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

FILED

SEP 1 & 2016
S/S
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Brandywine Process Servers, Ltd.

P.O. Box 1360
Wilmington, DE 19899
302-475-2600    Tax ID 51-0267938

*16 cv 385*

Invoice

Number: **131854**

Date:     **August 31, 2016**

**Bill To:**

ED CHEN
84-1245 BRUNER RD.
CAPTIAN COOK, HI  96704

**Ship To:**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 8/31/16 | CHEN   V   SAGERA | | |
| | RICARDO SAGERA | | 69.00 |
| | THOMAS GODFREY   BOTH C/O VICEROY CHEMICAL | | 36.00 |
| | PDF & COPIES | | 27.00 |
| | **PAID** | | |
| | | **Total** | **$132.00** |

*FILED SEP 19 2016 U.S. DISTRICT COURT DISTRICT OF DELAWARE*

**TERMS: PAYMENT DUE WITHIN 20 DAYS**

Amount Paid:  132.00
Amount Due:  0.00

at usps.com/pickup

U.S. POSTAGE
PAID
CAPTAIN COOK, HI
96704
SEP 14, 16
AMOUNT
**$6.45**
R2305H130979-08

1006   19801

*PLEAS*

*RITY*®

*RVICE*

From:/Expéditeur:  Ed Chen
84-1245 Bruner Road
Captain Cooks, HI 96704 -9

To:/Destinataire:  Office of the Clerk
US District Court
844 North King Street Unit 18
Wilmington, DE 19801-3570

Country of Destination:/Pays de destination:

Expected Delivery Day: 09/17/2016

**USPS TRACKING NUMBER**



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14L © U.S. Postal Service; January 2011; All rights reserved.