**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ED (ITE) CHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-00385-RGA |
| | ) |
| RICARDO SAGRERA, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION REQUESTING EXTENSION TO FILE
REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant Ricardo Sagrera ("Sagrera") respectfully requests that the Court enter an order requiring Plaintiff to file his answering brief by October 21, 2016, and to grant Sagrera until November 4, 2016, to file a reply brief. No prior request for an extension has been sought. The extension is requested for two reasons.

First, as set forth below, Plaintiff has yet to file his answering brief (although last evening Plaintiff emailed the undersigned with a copy of the brief). Second, Mr. Sagrera's lead counsel, David Bolton, has been on trial the entire week of October 3, 2016, and is scheduled to continue the trial on October 11 and 13, 2016. Without the benefit of a firm reply date triggered by the correct filing of the answering brief and due to counsel's trial schedule, Sagrera respectfully requests that the Court enter the proposed order attached to this motion.

By way of background, on September 14, 2016 Sagrera filed a motion to dismiss and opening brief in support thereof. D.I. 13-16. Plaintiff's opposition papers were due on or before October 3, 2016. On September 30, 2016, Plaintiff filed an affidavit in opposition to the motion to dismiss under the wrong civil action number. The affidavit without the accompanying answering brief was filed in civil action number 1:15-cv-00598-RGA, which was a prior

litigation initiated by Plaintiff against Sagrera and others. *See* Ex. A. On October 4, 2016, the Office of the Clerk filed a deficiency notice in civil action number 1:15-cv-00598-RGA identifying deficiencies with Plaintiff's attempt to file an answering brief. *See* Ex. B. On October 5, 2016, the affidavit was removed from the docket in civil action number 1:15-cv-00598-RGA and docketed in the above-captioned action. *See* October 5, 2016 docket entry in both civil actions. An answering brief still has not been filed in the above-captioned action.

Before filing this motion, Sagrera proposed a stipulation that: (1) would give Plaintiff until October 20, 2016, to correctly file his answering brief; (2) would give Sagrera fourteen days from the date of the correct filing to file his reply brief; and (3) provided that Sagrera would not oppose Plaintiff's answering brief as being untimely filed, despite the passage of the deadline to file the brief. Sagrera's counsel also provided Plaintiff with the phone number of the Office of the Clerk to assist Plaintiff, who is *pro se*, in the filing of his answering brief. Plaintiff would not agree to the proposed extension and instructed Sagrera to seek an extension from the Court.

For the foregoing reasons, Sagrera respectfully requests entry of an order in the form attached extending his deadline to file a reply brief.

| | |
|---|---|
| OF COUNSEL: | CONNOLLY GALLAGHER LLP |
| David Bolton<br>David Bolton, P.C.<br>Suite 509<br>666 Old Country Road<br>Garden City, New York 11530<br>Tel: 516-426-2666<br>dbolton@dboltonpc.com | */s/ Ryan P. Newell*<br>Ryan P. Newell (#4744)<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 757-7900<br>rnewell@connollygallagher.com |
| Dated: October 7, 2016 | *Attorneys for Defendant Ricardo Sagrera* |