IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ED (ITE) CHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-00385-RGA |
| | ) |
| RICARDO SAGRERA, et al. | ) |
| | ) |
| Defendants. | ) |

[~~PROPOSED~~] ORDER

The Court, having considered Defendant Ricardo Sagrera's Motion Requesting Extension to File Reply Brief in Support of Motion to Dismiss, HEREBY ORDERS THAT THE MOTION IS GRANTED. Plaintiff shall file his answering brief[FN] on or before October 21, 2016. Sagrera shall file his reply brief on or before November 4, 2016.

IT IS SO ORDERED this 7 day of October, 2016.

*/s/ Richard G. Andrews*
The Honorable Richard G. Andrews
UNITED STATES DISTRICT COURT JUDGE

---

[FN] If any. If Plaintiff intends to rely solely on the affidavit in Opposition to Sagrera's Motion to Dismiss, Plaintiff need not file anything more. If Plaintiff files nothing more, Sagrera's Reply Brief shall only respond to the "affidavit in Opposition."